912 A.2d 205

Anthony OLIVER, Appellant,

v.

Jeffrey BEARD, Richard Moyer, Randall Britton, John Sawtelle, and Randy Zitterbart, John Doe I, John Doe II, Appellees.

Supreme Court of Pennsylvania.

Dec. 27, 2006.

## ORDER

PER CURIAM.

The Order of the Commonwealth Court is **AFFIRMED.**

912 A.2d 205

Mr. Anthony WHITE, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, et al., Appellees.

Supreme Court of Pennsylvania.

Dec. 27, 2006.

## ORDER

PER CURIAM.

The Order of the Commonwealth Court is **AFFIRMED.**